# IN THE CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE

## DIVISION I

STATE OF TENNESSEE <span>FILED BY MARTHA PHILLIPS, CLERK</span> )
)
VS.            FEB 0 5 2004    NO.   76909
)
<span>KNOX COUNTY CRIMINAL COURT</span>
RICHARD ALLEN BUTLER )

## ORDER GRANTING MOTION FOR INTERLOCUTORY APPEAL

On December 9, 2003, this court filed a Memorandum Opinion And Order which sustained, in part, defendant's Motion to Declare T.C.A 39-17-103, dealing with sexual exploitation of a minor, Unconstitutional. This court specifically found that T.C.A. 39-17-103 (b) was unconstitutional, and further found that 103 (b) could be severed from 103(a)(c), which allowed the state to proceed with the prosecution under those portions of the statute.

Both the state and defense have now filed motions for interlocutory appeal. The state's position is that the entire statue is constitutional, whereas the defense claims that the entire statute, not just 103 (b) is unconstitutional. In addition to the instant case, this issue has been raised in other pending cases, and has the potential for being raised in virtually any case involving this statute.

This court is of the opinion, therefore, that an interlocutory appeal is appropriate in this matter. It will provide the trial court, the prosecution, and defense counsel with a definitive and controlling body of law regarding prosecutions under this statute, and avoid needless, expensive, and protracted

litigation. This court is of the opinion that both defense and prosecution motions for interlocutory appeal are well taken, and are GRANTED.

Further the state seeks to appeal the court's ruling allowing defense counsel to obtain a copy of the hard drive under Rule 16 Tennessee Rules of Criminal Procedure, for examination by their expert. The court ordered the state to provide a copy of the hard drive, with specific limitations on its use as set forth in the court's order of September 19, 2003. This court, likewise, GRANTS the state's Rule 9 appeal of that order.

It is so **ORDERED.**

The Clerk shall provide a copy of this order to counsel for the defendant, a copy to the Clerk of the Court of Criminal Appeals and a copy to the Knox County District Attorney General.

**ENTER** this 5th day of February, 2004.

JUDGE RICHARD R. BAUMGARTNER
SIXTH JUDICIAL DISTRICT
CRIMINAL COURT, DIVISION I

CERTIFIED TRUE COPY
MARTHA PHILLIPS, CLERK
CRIMINAL COURT
KNOX COUNTY, TN
BY _____
DEPUTY CLERK