

T. C. A. § 40-39-207

▷
West's Tennessee Code Annotated Currentness
  Title 40. Criminal Procedure
    ☜ Chapter 39. Sexual Offender Registration and Monitoring
      ☜ Part 2. Tennessee Sexual Offender and Violent Sexual Offender Registration, Verification, and Tracking Act of 2004 (Refs & Annos)

### ➡ § 40-39-207. Petition to terminate offender participation in registration program; definition

(a) No sooner than ten (10) years after termination of active supervision on probation, parole, or any other alternative to incarceration or no sooner than ten (10) years after discharge from incarceration without supervision, an offender required to register under this act may file a request for termination of registration requirements with TBI headquarters in Nashville.

(b) Upon receipt of the request for termination, the TBI shall review documentation provided by the offender and contained in the offender's file and the SOR to determine whether the offender has complied with the provisions of this part. In addition, the TBI shall conduct fingerprint-based state and federal criminal history checks to determine whether the offender has been convicted of any additional sexual offenses as defined in § 40-39-202(17) or violent sexual offenses as defined in § 40-39-202(25).

(c) If it is determined that the offender has not been convicted of any additional sexual offenses or violent sexual offenses during the 10-year period and the offender has substantially complied with the provisions of this part and any previous versions thereof, the TBI shall remove the offender's name from the SOR and notify the offender that such offender is no longer required to comply with the provisions of this part.

(d) If it is determined that the offender has been convicted of any additional sexual offenses or violent sexual offenses during the 10-year period or has not substantially complied with the provisions of this part and the previous versions thereof, the TBI shall not remove the offender's name from the SOR and shall notify the offender that such offender has not been relieved of the provisions of this part.

(e) Immediately upon the failure of a sexual offender to register or otherwise substantially comply with the requirements established by this part, the running of such offender's 10-year reporting period shall be tolled, notwithstanding the absence or presence of any warrant or indictment alleging a violation of this part.

(f) An offender whose request for termination of registration requirements is denied by a TBI official may petition the chancery court of Davidson County or the chancery court of the county where the offender resides if such county is in Tennessee, for review of such decision. Such review shall be on the record used by the TBI official to deny the request. The TBI official who denied the request for termination of registration requirements may submit an affidavit to the court detailing the reasons such request was denied.

(1) An offender required to register under this part shall continue to comply with the registration, verification, and tracking requirements for the life of that person if that offender:

(A) Has one (1) or more prior convictions for a sexual offense as defined in § 40-39-202(17); or

(B) Has been convicted of a violent sexual offense as defined in § 40-39- 202(25).

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

T. C. A. § 40-39-207

(2) As used in this subdivision, "prior conviction" means any conviction for a sexual offense or violent sexual offense as defined in § 40-39-202(17) and § 40-39-202(25) which occurred prior to the date of the offense for which the offender is currently required to register.

Added by 2004 Pub.Acts, c. 921, § 1. Amended by 2005 Pub.Acts, c. 316, § 1.

HISTORICAL AND STATUTORY NOTES

2004 Pub.Acts, c. 921, §§ 3 to 6, provide:

"SECTION 3. If the provisions of this act are declared to be invalid, the provisions of Tennessee Code Annotated, Title 40, Chapter 39, Part 1, as such part existed on July 31, 2004, shall be revived and take full force and effect. It is the intent of the general assembly that, if this act is declared invalid, the prior law shall immediately govern and regulate the registration, verification and tracking of sexual offenders in this state.

"SECTION 4. Effective August 1, 2004, Tennessee Code Annotated, Title 40, Chapter 39, Part 1, is amended by deleting the part in its entirety. All sexual offenders who were, prior to such date, subject to the provisions of Tennessee Code Annotated, Title 40, Chapter 39, Part 1, shall, on and after such date, be subject to the provisions of Tennessee Code Annotated, Title 40, Chapter 39, Part 2, created by this act.

"SECTION 5. If any provision of this act or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other provisions or applications of the act which can be given effect without the invalid provision or application, and to that end the provisions of this act are declared to be severable.

"SECTION 6. This act shall take effect August 1, 2004, the public welfare requiring it. For the purpose of the TBI designing, printing, and distributing the registration and other necessary forms pursuant to § 40-39-205(a) and promulgating any rules necessary to implement the provisions of this part, this act shall take effect upon becoming a law [June 8, 2004], the public welfare requiring it."

2005 Pub.Acts, c. 316, § 1, rewrote this section, which formerly read:

"(a) No sooner than ten (10) years after termination of active supervision on probation, parole, or any other alternative to incarceration or no sooner than ten (10) years after discharge from incarceration without supervision, an offender required to register under this part may file a request for termination of registration requirements with TBI headquarters in Nashville.

"(b) Upon receipt of the request for termination, the TBI shall review documentation contained in the offender's file and the SOR to determine whether the offender has complied with the provisions of this part. In addition, the TBI shall conduct fingerprint based state and federal criminal history record checks to determine whether the offender has been convicted of any additional sexual offenses as defined in § 40-39-202(16) or violent sexual offenses as defined in § 40-39-202(24).

"(c) If it is determined that the offender has not been convicted of any additional sexual offenses or violent sexual offenses during the ten-year period and the offender has substantially complied with the provisions of this part and any previous versions thereof, the TBI shall remove the offender's name from the SOR and notify the offender that such offender is no longer required to comply with the provisions of this part.

"(d) If it is determined that the offender has been convicted of any additional sexual offenses or violent sexual offenses during the ten-year period or has not substantially complied with the provisions of this part and the previous versions thereof, the TBI shall not remove the offender's name from the SOR and shall notify the offender that such offender has not been relieved of the provisions of this part.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.