

T. C. A. § 40-39-204

▷
West's Tennessee Code Annotated Currentness
  Title 40. Criminal Procedure
    ◄ Chapter 39. Sexual Offender Registration and Monitoring
      ◄ Part 2. Tennessee Sexual Offender and Violent Sexual Offender Registration, Verification, and Tracking Act of 2004 (Refs & Annos)

➡ **§ 40-39-204. Data repository; reporting and exemptions; re-incarceration**

(a) The TBI shall maintain and make available a connection to the SOR, for all criminal justice agencies with TIES (Internet) capabilities by which registering agencies shall enter original, current and accurate data required by this part. TBI will provide viewing and limited write access directly to the SOR through TIES (Internet) to registering agencies for the entry of record verification data, changes of residence, employment, or other pertinent data required by this part and to assist in offender identification. Registering agencies should immediately, but in no case shall exceed twelve (12) hours, enter all data received from the offender as required by the TBI and § 40-39-203(i), into the TIES (Internet) for the enforcement of this part by TBI, designated law enforcement agencies, TDOC, private contractors with TDOC, and the board.

(b) At least once during the months of March, June, September, and December of each calendar year, all violent sexual offenders shall report in person to the designated law enforcement agency to update such offender's fingerprints, palm prints and photograph, as determined necessary by the agency, and to verify the continued accuracy of the information in the TBI registration form. Offenders who reside in nursing homes and assisted living facilities and offenders committed to mental health institutions or continuously confined to home or health care facilities due to mental and/or physical disabilities are exempt from the in-person reporting and fingerprinting, as otherwise provided by this part. Once a year during the March reporting, the violent sexual offender shall pay the specified administrative costs not to exceed one hundred dollars ($100.00) which shall be retained by the designated law enforcement agency to be used for the purchase of equipment, to defray personnel and maintenance costs, and/or any other expenses incurred as a result of the implementation of this part. Offenders who reside in nursing homes and assisted living facilities and offenders committed to mental health institutions or continuously confined to home or health care facilities due to mental and/or physical disabilities are exempt from paying the administrative cost, as otherwise provided by this part.

(c) Once a year, all sexual offenders shall report in person, no earlier than seven (7) calendar days before and no later than seven (7) calendar days after the offender's date of birth, to the designated law enforcement agency to update such offender's fingerprints, palm prints and photograph, as determined necessary by the agency, to verify the continued accuracy of the information in the TBI registration form, and to pay the specified administrative costs not to exceed one hundred dollars ($100.00) which shall be retained by the designated law enforcement agency to be used for the purchase of equipment, to defray personnel and maintenance costs, and/or any other expenses incurred as a result of the implementation of this part. Offenders who reside in nursing homes and assisted living facilities and offenders committed to mental health institutions or continuously confined to home or health care facilities due to mental and/or physical disabilities are exempt from the in-person reporting and fingerprinting and administrative cost, as otherwise provided by this part.

(d) Within three (3) days after the offender's verification, the designated law enforcement agency with whom the offender

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

T. C. A. § 40-39-204

verified shall send by U.S. postal service the original signed TBI registration form containing information required by § 40-39-203(i) to TBI headquarters in Nashville. The TBI shall be the state central repository for all original TBI registration forms and any other forms required by § 40-39-207, which are deemed necessary for the enforcement of this part. The designated law enforcement agency shall retain a duplicate copy of the TBI registration form as a part of the business records for that agency.

(e) If a person required to register under this part is re-incarcerated for another offense or as the result of having violated the terms of probation, parole, conditional discharge, or any other form of alternative sentencing, the offender shall immediately report such offender's status as a sexual offender or violent sexual offender to the appropriate registering agency. Registration, verification and tracking requirements for such persons are tolled during the subsequent incarceration. Within forty-eight (48) hours of the release for any subsequent re-incarcerations, the offender shall register with the appropriate designated law enforcement agency. Likewise, if a person who is required to register under this part is deported from this country, the registration, verification and tracking requirements for such persons are tolled during the period of deportation. Within forty-eight (48) hours of the return to this state after deportation, the offender shall register with the appropriate designated law enforcement agency.

(f) Offenders who reside in nursing homes and assisted living facilities and offenders committed to mental health institutions or continuously confined to home or health care facilities due to mental and/or physical disabilities shall be exempted from the in-person reporting, fingerprinting, and administrative cost requirements. However, it shall be the responsibility of the offender, the offender's guardian, the person holding the offender's power of attorney, or in the absence thereof, the administrator of the facility, to report any changes in the residential status to TBI headquarters in Nashville by U.S. postal service.

(g) Offenders who do not maintain either a primary or secondary residence, as defined in this part, shall be considered homeless, and are subject to the reporting requirements of this part. By the authority established in § 40-39-206(f), the TBI shall develop tracking procedures for the continued verification and tracking of these offenders in the interest of public safety.

Added by 2004 Pub.Acts, c. 921, § 1. Amended by 2005 Pub.Acts, c. 316, § 1.

HISTORICAL AND STATUTORY NOTES

2004 Pub.Acts, c. 921, §§ 3 to 6, provide:

"SECTION 3. If the provisions of this act are declared to be invalid, the provisions of Tennessee Code Annotated, Title 40, Chapter 39, Part 1, as such part existed on July 31, 2004, shall be revived and take full force and effect. It is the intent of the general assembly that, if this act is declared invalid, the prior law shall immediately govern and regulate the registration, verification and tracking of sexual offenders in this state.

"SECTION 4. Effective August 1, 2004, Tennessee Code Annotated, Title 40, Chapter 39, Part 1, is amended by deleting the part in its entirety. All sexual offenders who were, prior to such date, subject to the provisions of Tennessee Code Annotated, Title 40, Chapter 39, Part 1, shall, on and after such date, be subject to the provisions of Tennessee Code Annotated, Title 40, Chapter 39, Part 2, created by this act.

"SECTION 5. If any provision of this act or the application thereof to any person or circumstance is held invalid, such invalidity shall not affect other provisions or applications of the act which can be given effect without the invalid provision or application, and to that end the provisions of this act are declared to be severable.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.